**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  | | CIVIL ACTION NOS. |
|---|---|---|
|  | : | |
|  | : | |
| WOODS | : | 02-1432 |
| THOMAS | : | 02-1519 |
| SCHLAPPER | : | 02-1566 |
| GRESHAM | : | 02-1570 |
| SANDERS | : | 02-1574 |
| WHITNEY | : | 02-1591 |
| SELDEN | : | 02-1625 |
| COHEN | : | 02-1793 |
| PATTON | : | 02-1944 |
| SLATER | : | 02-1962 |
| SPROCK | : | 02-2006 |
| LEWIS | : | 02-2037 |
| BANKS | : | 02-2040 |
| GALLEGOS | : | 02-2292 |
| CRAIN | : | 02-2297 |
| BAYLISS | : | 02-2377 |
| WILLIAMS | : | 02-2494 |
| GARDNER | : | 02-2544 |
| EDWARDS | : | 02-2548 |
| CHEATUM | : | 02-3045 |
| KITCKO | : | 02-3061 |
| TUNSTALL | : | 02-3076 |
| SHAW | : | 02-3082 |
| ANAYA | : | 02-3107 |
| GRAHAM | : | 02-3119 |
| BARTLETT | : | 02-3258 |
|  | : | |
| VS. | : | |
|  | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

**AND NOW,** this          day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[      ]      -      Order staying these proceedings pending disposition of a related action.

[      ]      -      Order staying these proceedings pending determination of arbitration proceedings.

[      ]      -      Interlocutory appeal filed.

[   X   ]      -      Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.


It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

<b>BY THE COURT:</b>


_____
**William H. Yohn, Jr., Judge**